<strong>U.S. District Court for the<br>Eastern District of Michigan</strong>

<strong><u>Index of Exhibits</u></strong>

A.    Deeming Letter

B.    Certificate of Scope of Employment