| | |
|---|---|
| **1. ISSUE DATE:** 8/26/2010 | |
| **2. FTCA DEEMING NOTICE NO.:** 1-F00000408-10-1 | |
| **3. COVERAGE PERIOD:** FROM: 1/1/2011 THROUGH: 12/31/2011 | |
| **4. NOTICE TYPE:** Renewal | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| **5a. ENTITY NAME AND ADDRESS:**<br>DETROIT HEALTH CARE FOR THE HOMELESS<br>20548 FENKELL ST<br>DETROIT, MI 48223-1613 | HRSA |
| **5b. DBA NAME:** | **NOTICE OF DEEMING ACTION**<br>**FEDERAL TORT CLAIMS ACT AUTHORIZATION:** Federally Supported Health Centers Assistance Act (FSHCAA), as amended, Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| **6. ENTITY TYPE:** Grantee | |
| **7. EXECUTIVE DIRECTOR:**<br>Joseph Ferguson | |
| **8a. GRANTEE ORGANIZATION:**<br>DETROIT HEALTH CARE FOR THE HOMELESS | |
| **8b. GRANT NUMBER:** H80CS00033 | |

**9.** THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

  a. The authorizing program legislation cited above.
  b. The program regulation cited above, and,
  c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 8/26/2010 8:49:03 AM*

| | |
|---|---|
| 1. ISSUE DATE: 11/4/2011 | |
| 2a. FTCA DEEMING NOTICE NO.:<br>1-F00000408-11-01 | |
| 2b. Supersedes: [ ] | |
| 3. COVERAGE PERIOD:<br>FROM: 1/1/2012 THROUGH: 12/31/2012 | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| 4. NOTICE TYPE: Renewal | |
| 5a. ENTITY NAME AND ADDRESS:<br>DETROIT HEALTH CARE FOR THE HOMELESS<br>20548 FENKELL STREET<br>DETROIT, MI 48223-1613 | HRSA<br><br>NOTICE OF DEEMING ACTION<br><br>FEDERAL TORT CLAIMS ACT AUTHORIZATION:<br>Federally Supported Health Centers Assistance Act (FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| 6. ENTITY TYPE: Grantee | |
| 7. EXECUTIVE DIRECTOR:<br>Joseph Ferguson | |
| 8a. GRANTEE ORGANIZATION:<br>DETROIT HEALTH CARE FOR THE HOMELESS | |
| 8b. GRANT NUMBER: H80CS00033 | |

9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

   a. The authorizing program legislation cited above.
   b. The program regulation cited above, and,
       -related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

10. Remarks:

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 11/4/2011 8:55:06 AM*

| | |
|---|---|
| 1. ISSUE DATE: 8/28/2012 | |
| 2a. FTCA DEEMING NOTICE NO.:<br>1-F00000408-12-01 | |
| 2b. Supersedes: [ ] | |
| 3. COVERAGE PERIOD:<br>FROM: 1/1/2013 THROUGH: 12/31/2013 | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| 4. NOTICE TYPE: Renewal | |
| 5a. ENTITY NAME AND ADDRESS:<br>DETROIT HEALTH CARE FOR THE HOMELESS<br>20548 FENKELL STREET<br>DETROIT, MI 48223-1613 | HRSA<br><br>NOTICE OF DEEMING ACTION<br><br>FEDERAL TORT CLAIMS ACT AUTHORIZATION:<br>Federally Supported Health Centers Assistance Act (FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| 6. ENTITY TYPE: Grantee | |
| 7. EXECUTIVE DIRECTOR:<br>Joseph Ferguson | |
| 8a. GRANTEE ORGANIZATION:<br>DETROIT HEALTH CARE FOR THE HOMELESS | |
| 8b. GRANT NUMBER: H80CS00033 | |

9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

   a. The authorizing program legislation cited above.
   b. The program regulation cited above, and,
   c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

10. Remarks:

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 8/28/2012 8:24:23 AM*

**U.S. Department of Health and Human Services**
**HRSA** — Health Resources and Services Administration

**NOTICE OF GRANT AWARD**
AUTHORIZATION (Legislation/Regulation)
Public Health Service Act, Title III, Section 330
Public Health Service Act, Section 330, 42 U.S.C. 254b
Affordable Care Act, Section 10503

| # | Field | Value |
|---|---|---|
| 1 | DATE ISSUED | 10/27/2011 |
| 2 | PROGRAM CFDA | 93.224 |
| 3 | SUPERSEDES AWARD NOTICE dated: | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded. |
| 4a | AWARD NO. | 5 H80CS00033-11-00 |
| 4b | GRANT NO. | H80CS00033 |
| 5 | FORMER GRANT NO. | H66CS00402 |
| 6 | PROJECT PERIOD | FROM: 05/01/2002 THROUGH: 10/31/2015 |
| 7 | BUDGET PERIOD | FROM: 11/01/2011 THROUGH: 10/31/2012 |
| 8 | TITLE OF PROJECT (OR PROGRAM) | HEALTH CENTER CLUSTER |
| 9 | GRANTEE NAME AND ADDRESS | DETROIT HEALTH CARE FOR THE HOMELESS, 20548 Fenkell Street, Detroit, MI 48223-1613, BHCMIS # 051880 |
| 10 | DIRECTOR (PROGRAM DIRECTOR/PRINCIPAL INVESTIGATOR) | Joseph W Ferguson, DETROIT HEALTH CARE FOR THE HOMELESS, 15400 West Mcnichols Road, Detroit, MI 48235-3724 |

**11. APPROVED BUDGET:** (Excludes Direct Assistance)
[ ] Grant Funds Only
[X] Total project costs including grant funds and all other financial participation

| | Item | Amount |
|---|---|---|
| a | Salaries and Wages | $3,190,192.00 |
| b | Fringe Benefits | $740,457.00 |
| c | Total Personnel Costs | $3,930,649.00 |
| d | Consultant Costs | $0.00 |
| e | Equipment | $2,400.00 |
| f | Supplies | $238,814.00 |
| g | Travel | $28,000.00 |
| h | Construction/Alteration and Renovation | $0.00 |
| i | Other | $825,479.00 |
| j | Consortium/Contractual Costs | $2,801,824.00 |
| k | Trainee Related Expenses | $0.00 |
| l | Trainee Stipends | $0.00 |
| m | Trainee Tuition and Fees | $0.00 |
| n | Trainee Travel | $0.00 |
| o | TOTAL DIRECT COSTS | $7,827,166.00 |
| p | INDIRECT COSTS (Rate: % of S&W/TADC) | $0.00 |
| q | TOTAL APPROVED BUDGET | $7,827,166.00 |
|   | i. Less Non-Federal Share | $5,306,280.00 |
|   | ii. Federal Share | $2,520,886.00 |

**12. AWARD COMPUTATION FOR FINANCIAL ASSISTANCE:**

| | Item | Amount |
|---|---|---|
| a | Authorized Financial Assistance This Period | $2,520,886.00 |
| b | Less Unobligated Balance from Prior Budget Periods | |
|   | i. Additional Authority | $0.00 |
|   | ii. Offset | $0.00 |
| c | Unawarded Balance of Current Year's Funds | $1,470,519.00 |
| d | Less Cumulative Prior Awards(s) This Budget Period | $0.00 |
| e | AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | $1,050,367.00 |

**13. RECOMMENDED FUTURE SUPPORT:** (Subject to the availability of funds and satisfactory progress of project)

| YEAR | TOTAL COSTS |
|---|---|
| 12 | $2,520,886.00 |
| 13 | $2,520,886.00 |
| 14 | $2,520,886.00 |

**14. APPROVED DIRECT ASSISTANCE BUDGET:** (In lieu of cash)

| | Item | Amount |
|---|---|---|
| a | Amount of Direct Assistance | $0.00 |
| b | Less Unawarded Balance of Current Year's Funds | $0.00 |
| c | Less Cumulative Prior Awards(s) This Budget Period | $0.00 |
| d | AMOUNT OF DIRECT ASSISTANCE THIS ACTION | $0.00 |

**15. PROGRAM INCOME SUBJECT TO 45 CFR Part 74.24 OR 45 CFR 92.25 SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
A=Addition B=Deduction C=Cost Sharing or Matching D=Other  [D]

Estimated Program Income: $4,881,876.00

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY HRSA, IS ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING: a. The grant program legislation cited above. b. The grant program regulation cited above. c. This award notice including terms and conditions, if any, noted below under REMARKS. d. 45 CFR Part 74 or 45 CFR Part 92 as applicable. In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS:** (Other Terms and Conditions Attached [X] Yes [ ] No)

*Electronically signed by Helen Harpold, Grants Management Officer on: 10/27/2011*

| 17. OBJ. CLASS: 41.51 | 18. CRS-EIN: 1382724796A1 | 19. FUTURE RECOMMENDED FUNDING: $0.00 |
|---|---|---|

| FY-CAN | CFDA | DOCUMENT NO. | AMT. FIN. ASST. | AMT. DIR. ASST. | SUB PROGRAM CODE | SUB ACCOUNT CODE |
|---|---|---|---|---|---|---|
| 12 - 3981160 | 93.224 | H80CS00033D0 | $369,976.00 | $0.00 | CH | N/A |
| 12 - 3980879 | 93.224 | H80CS00033D0 | $270,296.00 | $0.00 | HCH | N/A |
| 12 - 398879B | 93.527 | H80CS00033D0 | $173,095.00 | $0.00 | HCH | N/A |
| 12 - 398160B | 93.527 | H80CS00033D0 | $237,000.00 | $0.00 | CH | N/A |