UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Denise Marks, et al.,

            Plaintiff(s),

v.                                          Case No. 2:15−cv−11882−MFL−APP
                                           Hon. Matthew F. Leitman

St. John Hospital and Medical
Center, et al.,

            Defendant(s).

_____/

## NOTICE OF REMAND

TO:  WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

                Clerk's Office
                U.S. District Court for the Eastern District of Michigan
                231 W. Lafayette Boulevard, 5th Floor
                Detroit, Michigan  48226
                (313) 234−5005

### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            DAVID J. WEAVER, CLERK OF COURT

                                            By: s/ S. Schoenherr
                                                    Deputy Clerk

Dated:  August 12, 2015